**LASCO BUILDERS, INC., Appellant,**

v.

**Ron BALDWIN, Respondent.**

**No. WD 40431.**

Missouri Court of Appeals,
Western District.

Jan. 31, 1989.

Michael W. Walker, Kansas City, for appellant.

Peter M. Schloss, Kansas City, for respondent.

Before LOWENSTEIN, P.J., TURNAGE, J., and COVINGTON, Special Judge.

ORDER

PER CURIAM:

Lasco appeals from a court-tried judgment where neither findings nor conclusions were requested. The judgment did not find the creation of an oral partnership and found no agreement between the parties to share losses in a business venture.

JUDGMENT AFFIRMED. Rule 84.-16(b).